ALLEN *v.* WHEELER.

CANDLER, J. On the trial before the magistrate there was evidence warranting a finding that the property in dispute was left by the plaintiff with the defendant as her agent, to be kept until called for; and that it was not deposited as collateral security for a debt. Accordingly, following the decisions of this court in *Meredith* v. *Knott*, 34 *Ga.* 222, and *Sheriff* v. *Thompson*, 116 *Ga.* 436, it is held that the plaintiff may recover the property by a possessory warrant. This being the only question argued in the brief of coun-

sel for the plaintiff in error, the judgment of the superior court overruling
the certiorari is          .          *Affirmed.   All the Justices concur.*

Submitted October 22,—Decided November 12, 1904.

· Certiorari.   Before Judge Felton.   Bibb superior court.   May
30, 1904..

*M. Felton Hatcher*, for plaintiff in error.
*Herman Brasch,* contra.